IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SHARON CHISM                                                                                           PLAINTIFF

vs                                         4:08CV00341-WRW

ETHICON ENDO-SURGERY, INC.
and JOHN DOES 1-10                                                                               DEFENDANTS

## ORDER

Pursuant to the Waiver of Amended General Order 54 which was filed by the Defendant on September 24, 2009, (doc #65), Janis M. Kovalscik, Kristi Geier and Timothy R. Lovich are authorized to bring into the Courthouse and possess and retain on their person electronic devices including cell phones, laptop computers, Blackberries and other PDA-type devices, during the trial of this case beginning Monday, October 5, 2009 through Friday, October 9, 2009.

IT IS SO ORDERED this 29th day of October, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

ChismAmendedGeneralOrder54.wpd