IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SHARON CHISM                                                                                            PLAINTIFF

vs                                        4:08CV00341-WRW

ETHICON ENDO-SURGERY, INC., et al                                                      DEFENDANTS

JUDGMENT ON JURY VERDICT

This action came on for jury trial on October 5, 2009, the Honorable William R. Wilson, Jr., United States District Judge, presiding.

After the Plaintiff had presented her case, the Court granted the Defendant's Motion for Directed Verdict on the issues of negligence and breach of implied warranty of fitness for a particular purpose.

The remaining issues having been duly tried, the jury rendered its verdict on October 7, 2009. Now, therefore, pursuant to the verdict,

IT IS ORDERED AND ADJUDGED that the plaintiff, Sharon Chism, take nothing on her Complaint and that Judgment be entered in favor of the Defendant, Ethicon Endo-Surgery, Inc., and the Complaint is DISMISSED.

IT IS SO ORDERED this 8th day of October, 2009.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE

jdgjryv5deft.Chism.wpd